**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID DORENFELD, individually and as Personal Representative of the Estate of JOHN LOYAL CHAMBLISS; JUAN OCEGUERA, an individual; CHRIS HOLMES, an individual; and JODI COLEMAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, an Iowa corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-03272-PA-AFM<br><br>(Honorable Percy Anderson, Crtrm: 9A)<br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: 1/12/2022<br>1st Amended Complaint Filed: 4/7/2022 |

**ORDER**

After consideration of the parties' Stipulation for Dismissal of the Entire Action with Prejudice:

IT IS HEREBY ORDERED THAT the entire action be dismissed with prejudice. Each party shall bear her or its own attorneys' fees and costs.

DATED: December 6, 2022

_____
Percy Anderson
United States District Judge

1